UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Jamin Neppl,

Plaintiff,

vs.

Signature Flight Support Corp.,

Defendant.

**STIPULATION AND ORDER**

File No. 02-CV-232 DSD/JMM

**WHEREAS**, the plaintiff in this lawsuit made a claim for unemployment benefits through the Minnesota Department of Economic Security; and

**WHEREAS**, the parties wish to receive copies of all documents in plaintiff's unemployment file with the Department; and

**WHEREAS**, according to statute, the Minnesota Department of Economic Security will not release documents from unemployment files without a court order;

**IT IS HEREBY AGREED AND STIPULATED TO** by the parties, through their respective counsel, that the Court may sign this proposed order to allow the parties to obtain copies of plaintiff's unemployment file.

JUN 2 8 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

FOR THE PLAINTIFF:

Dated: June 21, 2002

GREENMAN & OSTROM

Mark A. Greenman, #228990
Ruth Y. Ostrom, #245641
270 Grain Exchange North
301 Fourth Avenue South
Minneapolis, MN 55415
tel.: 612/677-8300

MICHAEL LANDER, P.A.

Michael Lander
270 Grain Exchange North
301 Fourth Avenue South
Minneapolis, MN 55415
(612) 677-8300

FOR THE DEFENDANT:

FAEGRE & BENSON

Daniel C. Gerhan, #189698
Holly M. Robbins, $260381
90 South 7th St., Suite 2200
Minneapolis, MN 55402-3901

**ORDER**

Based on the foregoing Stipulation, **IT IS HEREBY ORDERED** that the Minnesota Department of Economic Security shall, upon request by either party in this lawsuit, release all documents that relate or pertain to James Newago's claim for unemployment benefits.

Susan Richard Nelson
Susan Richard Nelson
Magistrate Judge of U.S. District Court

6-27-02
Dated