UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| Jamin Neppl,<br><br>Plaintiff,<br><br>v.<br><br>Signature Flight Support Corp.,<br><br>Defendants. | : | File No.: 02-CV-232DSD/SRN |

**ORDER**

AND NOW, upon the Joint Motion of Plaintiff and Defendant, it is, this 9th day of August, 2002, ORDERED as follows:

1. The discovery deadline in this case is extended to sixty (60) days beyond the date on which this Court decides Defendant's Motion for Partial Judgment on the Pleadings;

2. Non-dispositive motions and supporting documents shall be served and filed within four (4) days after the new discovery deadline;

3. All dispositive motions shall be served and filed by the parties within sixty (60) days after the new discovery deadline;

4. This case shall be ready for Jury trial at the conclusion of discovery or upon resolution of any dispositive motion, and no later than one-hundred-and-twenty (120) days after the new discovery deadline.

Susan Richard Nelson
Magistrate Judge Susan Richard Nelson

No further extension will be granted

Date: August 9, 2002

M1:903078.01

AUG 0 9 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

114931.00202/21050778v1