UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-232(DSD/SRN)

Jamin Neppl,

Plaintiff,

v. **ORDER**

Signature Flight Support Corporation,

Defendant.

**IT IS HEREBY ORDERED** the above-captioned case is removed from the March 3, 2003, trial calendar.

Dated: January 13, 2003

David S. Doty, Judge
United States District Court

FILED JAN 14 2003
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______