**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Jamin Neppl, Plaintiff, v. Signature Flight Support Corp., Defendant. | File No.: 02-CV-232 DSD/SRN<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO COMPLETE DEPOSITIONS** |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by their respective undersigned attorneys, that the deadline for noticing and completing the depositions of Robert Pflipsen, Jeff Gillquest, Steve Monson, Kevin Ingvalson, Todd Ranstrom, and Kevin Graff will be extended for a reasonable time. This extension will not affect any other deadlines established by the Pretrial Scheduling Order.

Dated: Feb 5, 2003

GREENMAN & OSTROM

Mark A. Greenman
Ruth Y. Ostrom

270 Grain Exchange North
301 Fourth Avenue South
Minneapolis, MN 55415
Telephone: (612) 677-8300

Attorneys for Plaintiff Jamin Neppl

FEB 06 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: February 5, 2003

FAEGRE & BENSON LLP

Daniel C. Gerhan, # 189698
Holly M. Robbins, # 260381
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

BLANK ROME COMISKY & McCAULEY

Richard S. Meyer, Esquire
Identification No. 09233
One Logan Square
Philadelphia, Pennsylvania 19103-8998
Telephone: (215) 569-5665
Facsimile: (215) 569-5699

Attorneys for Defendant
Signature Flight Support Corp.

M1:960932.01

ORDER

Upon the foregoing Stipulation,

IT IS SO ORDERED.

Dated: February 6, 2003.

BY THE COURT:

Susan Richard Nelson

United States ~~District~~ Magistrate Judge

M1:960932.01