**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Jamin Neppl,
Plaintiff,

v.

Signature Flight Support Corp.,
Defendant.

File No.: 02-CV-232 DSD/SRN

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**STIPULATION**

The parties to this action, by and through their undersigned counsel, stipulate to the dismissal with prejudice of all claims in this action. This stipulation is made pursuant to rule 41 of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

Dated: 3-13, 2003

GREENMAN & OSTROMN

Mark A. Greenman
Ruth Y. Ostrom

270 Grain Exchange North
301 Fourth Avenue South
Minneapolis, MN 55415
Telephone: (612) 677-8300

and

OTTEN & ASSOCIATES, P.A.

Michael L. Lander
270 Grain Exchange North
301 Fourth Avenue South
Minneapolis, MN 55415
Phone: (612) 339-1453
Fax: (612) 349-6448

Attorneys for Plaintiff Jamin Neppl

FILED 3-14-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: March 13, 2003

FAEGRE & BENSON LLP

Daniel C. Gerhan, # 189698
Holly M. Robbins, # 260381
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Defendant Signature Flight Services

ORDER

Upon the foregoing Stipulation,

IT IS SO ORDERED.

Dated: March 14, 2003.

BY THE COURT:

United States District Judge

M1:973054.01